STATE OF NEW JERSEY v. RALPH HOAG.

January 17, 1989.

Petition for certification denied.

STATE IN THE INTEREST OF D.S.

January 17, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID M. KELLUM.

January 17, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. BLANE D. NORDAHL.

January 17, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. VANCE RUSHING.

January 17, 1989.

Petition for certification denied.